■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v PABLO ARPI, Defendant. [965 NYS2d 372]—Application by the defendant, in effect, for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Westchester County, rendered March 11, 2010.

Ordered that the application is granted, and the defendant's notice of appeal is deemed to have been timely filed.

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Lott, Austin and Hinds-Radix, JJ., concur.